[No. 36055-1-II.   Division Two.   January 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. AMY E. RILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-03115-3, Katherine M. Stolz, J., entered March 7, 2007. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J. Now published at 143 Wn. App. 41.

[No. 36167-1-II.   Division Two.   January 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. R.C., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-8-02378-9, John A. McCarthy, J., entered February 14, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 25690-1-III.   Division Three.   January 3, 2008.]

ROBERT A. BREWER ET AL., *Appellants*, v. NICHOLAS J. TANNER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-07010-2, Salvatore F. Cozza, J., entered October 27, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 56208-8-I.   Division One.   January 7, 2008.]

JULIO A. CACHO, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-24627-0, Laura C. Inveen, J., entered May 2, 2005. *Affirmed* by unpublished per curiam opinion.